THE STATE OF OHIO, APPELLANT, *v.* HOLLOWAY, APPELLEE.

[Cite as *State v. Holloway,* 111 Ohio St.3d 496, 2006-Ohio-6114.]

(No. 2006–1331—Submitted October 3, 2006—Decided December 6, 2006.)

---

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *Watkins v. Collins,* 111 Ohio St.3d 425, 2006-Ohio-5082, 857 N.E.2d 78.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

LANZINGER, J., dissents.

———————

William D. Mason, Cuyahoga County Prosecuting Attorney, and Pamela Bolton, Assistant Prosecuting Attorney, for appellant.

Paul Mancino Jr., for appellee.